IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:17-CR-00297-RJC-DCK

| | |
|---|---|
| USA | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| DENNIS WILLIAM BROWN | ) |
| | ) |

**THIS MATTER** is before the Court upon motion of the defendant pro se to reconsider the denial of his motion for compassionate release. (Doc. No. 41).

The Court's Order, (Doc. No. 33), was affirmed by the United States Court of Appeals for the Fourth Circuit, (Doc. No. 39: Opinion). The defendant has not shown any legal basis to alter the outcome at this stage in the proceedings.

**IT IS, THEREFORE, ORDERED** that the defendant's motion, (Doc. No. 41), is **DENIED**.

The Clerk is directed to certify copies of this Order to the defendant and the United States Attorney.

Signed: February 28, 2024

Robert J. Conrad, Jr.
United States District Judge